**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000386
17-DEC-2015
02:30 PM**

NO. CAAP-13-0000386

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
MICHAEL SHIMABUKURO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-1686)

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Leonard and Reifurth, JJ.)

The Memorandum Opinion of the court, filed on November 30, 2015, is hereby amended as follows:

1. On page 4, in the third line, the word "over" should be replaced with "or" so that as corrected, the text reads: ". . . occurred four or five times . . . ."

2. On page 10, in the fourth line, "Shimbukuro's" should be corrected to read "Shimabukuro's".

3. On page 13, in the last line of text, "Shimbukuro's mother" should be corrected to read "Shimabukuro's mother".

4.     On page 14, in the eighth and ninth lines, the phrase "similar to the tone he used with Titus," should be deleted and the word "as" should be inserted after "described" so that as corrected, the text reads: ". . . he used a tone which she described as "[v]ery strong.""

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 17, 2015.

*Craig H. Nakamura*

Chief Judge

Associate Judge

*Lawrence M Reifurth*

Associate Judge